**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DANA GARNER,**

        **Plaintiff,**

**-vs-**                                                       **Case No. 6:04-cv-1079-Orl-31JGG**

**TRAVEL SERVICE NETWORK, INC.,**

        **Defendant.**
_____

## ORDER

After several orders to show cause (Docs. 6, 12, 16 and 19) and extensions of time (Docs. 7 and 10), Plaintiff moved for default judgment against Defendant, Travel Services Network, Inc. (Doc. 22). That Motion was denied by Magistrate Judge Glazebrook (Doc. 23), without prejudice. Plaintiff was instructed by that Order to verify the adequacy of service of process on the Defendant. Instead, Plaintiff filed a notice (Doc. 24) simply stating that various documents had been mailed to the Defendant. This does not satisfy the requirement of Judge Glazebrook's Order. Accordingly, it is

**ORDERED** that this case is dismissed, without prejudice for failure to prosecute.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 28, 2005.

Copies furnished to:

Counsel of Record
Unrepresented Party

*(signed)*
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE